**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____    Chapter  11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cubcoats Acquisition Vehicle LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-3536833 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6565 SUNSET BLVD. #411<br>Los Angeles, CA 90028<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Cubcoats Acquisition Vehicle LLC**  Case number (*if known*) _____
        Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Cubcoats Acquisition Vehicle LLC**   Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| Debtor | **Cubcoats Acquisition Vehicle LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Cubcoats Acquisition Vehicle LLC**  Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 1, 2025**
             MM / DD / YYYY

X  /s/ Frankie Ordoubadi                                   Frankie Ordoubadi
   Signature of authorized representative of debtor         Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Giovanni Orantes                                    Date  **August 1, 2025**
   Signature of attorney for debtor                              MM / DD / YYYY

Giovanni Orantes 190060
Printed name

The Orantes Law Firm, A.P.C
Firm name

3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010
Number, Street, City, State & ZIP Code

Contact phone  (888) 619-8222      Email address  go@gobklaw.com

190060 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cubcoats Acquisition Vehicle LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon<br>Attn: President or Corp. Officer<br>410 Terry Avenue North<br>Seattle, WA 98109 | | Legacy creditor | Contingent<br>Unliquidated<br>Disputed | | | $55,583.21 |
| Catalyst Loanout Inc.<br>Attn: President or Corp. Officer<br>9171 Wilshire Blvd., Ste. 500<br>Beverly Hills, CA 90210 | | Among other things: 142% APR with 365% default APR; forged signature | Contingent<br>Unliquidated<br>Disputed | | | $500,000.00 |
| Finally Friday Consulting Group LLC<br>Attn: President or Corp. Officer<br>1309 Coffeen Ave., Ste. 1200<br>Sheridan, WY 82801 | | | | | | $30,000.00 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>Po Box 2952<br>Sacramento, CA 95812-2952 | | Taxes | | | | $800.00 |
| Hales Logistics<br>Attn: President or Corp. Officer<br>420 1200 W Lindon<br>Lindon, UT 84042 | | | Unliquidated | | | $0.00 |

Debtor **Cubcoats Acquisition Vehicle LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hollywood Creation & Dev. Holding<br>Attn: President or Corp. Officer<br>30 N Gould St., Ste R<br>Sheridan, WY 82801 | | | | | | $250,000.00 |
| Ingeniis Capital LLC<br>Attn: President or Corp. Officer<br>30 N Gould St., Ste. R<br>Sheridan, WY 82801 | | Unfunded line of credit. | Contingent Unliquidated Disputed | | | $58,000.00 |
| Larry Fox<br>401 E. 80th Street, #17F<br>New York, NY 10075 | | | | | | $32,450.00 |
| Legend Advance Funding II LLC<br>Attn: President or Corp. Officer<br>800 Brickell Avenue, Suite 902<br>Miami, FL 33131 | | Legacy creditor | Contingent Unliquidated Disputed | | | $133,937.72 |
| Matthew Pletcher<br>425 W. Meadow Mist Ln<br>Round Lake, IL 60073 | | | | | | $22,000.00 |
| Peak Theory Inc.<br>Attn: President or Corp. Officer<br>3030 South 3380 East<br>Salt Lake City, UT 84109 | | Transfer was not free and clear as it should have been. | Contingent Unliquidated Disputed | | | $129,780.00 |
| Shawn Ordoubadi<br>PO Box 9881<br>San Jose, CA 95117 | | | | | | $110,000.00 |
| Shopify<br>Attn: President or Corp. Officer<br>33 Montgomery Street, Suite 750<br>San Francisco, CA 94105 | | Legacy creditor | Contingent Unliquidated Disputed | | | $49,493.65 |
| Velocity Group USA<br>Attn: President or Corp. Officer<br>576 Broadhollow Road<br>Melville, NY 11747 | | Legacy creditor | Contingent Unliquidated Disputed | | | $84,918.33 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **Cubcoats Acquisition Vehicle LLC**　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Yiya International Inc.<br>Attn: President or Corp. Officer<br>8306 Wilshire Blvd., Ste. 900<br>Beverly Hills, CA 90211 | | | | | | $5,000.00 |

Cubcoats Acquisition Vehicle LLC
6565 SUNSET BLVD. #411
Los Angeles, CA 90028


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010


Amazon
Attn: President or Corp. Officer
410 Terry Avenue North
Seattle, WA 98109


California Department of Tax & Fee
Collection Support
Bureau-Bankruptcy Team, MIC: 74
Po Box 942879
Sacramento, CA 94279-0074


Catalyst Loanout Inc.
Attn: President or Corp. Officer
9171 Wilshire Blvd., Ste. 500
Beverly Hills, CA 90210


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


Finally Friday Consulting Group LLC
Attn: President or Corp. Officer
1309 Coffeen Ave., Ste. 1200
Sheridan, WY 82801


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Frankie Ordoubadi
5081 Doyle Rd.
San Jose, CA 95129


Hales Logistics
Attn: President or Corp. Officer
420 1200 W Lindon
Lindon, UT 84042


Hales Logistics LLC
Attn: President or Corp. Officer
 1084 S 1680 W
Orem, UT 84058


Hollywood Creation & Dev. Holding
Attn: President or Corp. Officer
30 N Gould St., Ste R
Sheridan, WY 82801


Ingeniis Capital LLC
Attn: President or Corp. Officer
30 N Gould St., Ste. R
Sheridan, WY 82801


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Larry Fox
401 E. 80th Street, #17F
New York, NY 10075


Legend Advance Funding II LLC
Attn: President or Corp. Officer
800 Brickell Avenue, Suite 902
Miami, FL 33131

Matthew Pletcher
425 W. Meadow Mist Ln
Round Lake, IL 60073


Peak Theory Inc.
Attn: President or Corp. Officer
3030 South 3380 East
Salt Lake City, UT 84109


Shawn Ordoubadi
PO Box 9881
San Jose, CA 95117


Shopify
Attn: President or Corp. Officer
33 Montgomery Street, Suite 750
San Francisco, CA 94105


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044


Velocity Group USA
Attn: President or Corp. Officer
576 Broadhollow Road
Melville, NY 11747


Yiya International Inc.
Attn: President or Corp. Officer
8306 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90211

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Giovanni Orantes 190060**<br>**3435 Wilshire Blvd., 27th Floor**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>California State Bar Number: **190060 CA**<br>**go@gobklaw.com** | FOR COURT USE ONLY |
|---|---|

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Cubcoats Acquisition Vehicle LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s),<br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Giovanni Orantes 190060**_____, the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                         F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
       ☐ I am the president or other officer or an authorized agent of the Debtor corporation
       ☐ I am a party to an adversary proceeding
       ☐ I am a party to a contested matter
       ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
     *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 1, 2025**　　　　　　　　　　　　　　　　　　　By:   */s/* **Giovanni Orantes**
Date　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor, or attorney for Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　　Name:　  **Giovanni Orantes 190060**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　  Printed name of Debtor, or attorney for Debtor

8/01/25 3:40PM

## United States Bankruptcy Court
### Central District of California

In re  **Cubcoats Acquisition Vehicle, LLC**

Debtor(s)

Case No.  _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Frankie Ordoubadi**, declare under penalty of perjury that I am the **Manager** of **Cubcoats Acquisition Vehicle, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said company at a special meeting duly called and held on the **18th** day of **July**, 20 **25**.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frankie Ordoubadi**, **Manager** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Frankie Ordoubadi**, **Manager** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Frankie Ordoubadi**, **Manager** of this Company is authorized and directed to employ **Giovanni Orantes**, attorney and the law firm of **The Orantes Law Firm, A.P.C** to represent the company in such bankruptcy case."

Date **8/1/25**

Signed **/s/ Frankie Ordoubadi**
Frankie Ordoubadi

8/01/25 3:40PM

## Resolution of Board of Directors
## of
## Cubcoats Acquisition Vehicle, LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frankie Ordoubadi, Manager** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Frankie Ordoubadi, Manager** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Frankie Ordoubadi, Manager** of this Company is authorized and directed to employ **Giovanni Orantes**, attorney and the law firm of **The Orantes Law Firm, A.P.C** to represent the company in such bankruptcy case.

Date _8/1/25_        Signed _[signature]_

Date _____        Signed _____